UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2018 MAY -3 P 12: 59
US DISTRICT COURT
NEW HAVEN, CT.

GRAND JURY N-16-3

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:18CR ( ) |
| v. | 3:18CR95-SRU |
| | VIOLATIONS: |
| YEHUDI MANZANO | 18 U.S.C. § 2251(a) (Production of Child Pornography) |
| | 18 U.S.C. § 2252A(a)(1) (Transportation of Child Pornography) |
| | 18 U.S.C. § 2253 (Forfeiture) |

INDICTMENT

The Grand Jury charges:

GENERAL ALLEGATIONS

At all times relevant to this Indictment, unless otherwise specified:

1. The defendant YEHUDI MANZANO ("MANZANO") resided in Connecticut. He was approximately thirty-one years old in August 2016.

2. Minor Victim ("MV"), whose identity is known to the Grand Jury, is a female who resided in Connecticut. She was approximately fifteen years old in August 2016.

3. On or about August 21, 2016, MANZANO sexually assaulted MV in Connecticut and video recorded the assault with his cell phone. After creating the video of the sexual assault, MANZANO uploaded the video to his Google account yeh************@gmail.com. The full Google account name is known to the Grand Jury.

1

## COUNT ONE
(Production of Child Pornography)

4. The allegations set forth in paragraphs 1-3 are repeated and re-alleged as if set forth fully herein.

5. On or about August 21, 2016, the exact date being unknown, in the District of Connecticut, MANZANO did employ, use, persuade, induce, entice, and coerce a minor, MV, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video file titled "20160821_022439.mp4," knowing and having reason to know that: such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO
(Transportation of Child Pornography)

6. The allegations set forth in paragraphs 1-3 are repeated and re-alleged as if set forth fully herein.

7. On or about August 21, 2016, the exact date being unknown, in the District of Connecticut and elsewhere, MANZANO did knowingly transport child pornography, as defined in Title 18, United States Code, Section 2256(8), namely a video file titled "20160821_022439.mp4," using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(1).

## FORFEITURE ALLEGATION

8.  Upon conviction of one or more of the offenses alleged this Indictment, the MANZANO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all right, title, and interest in any property used or intended to be used to commit or promote the commission of the offense, all property constituting or traceable to gross profits or other proceeds obtained from the offense, and all visual depictions described in Title 18, United States Code, Sections 2251-2252, and any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped, or received in committing the offense, including, but not limited to, the following:

   a. a black Samsung Galaxy phone bearing serial number R28G62WJY1F; and

   b. Google account yeh************@gmail.com.

9.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 2253, Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/ S /

FOREPERSON

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY

4