AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Yehudi Manzano | ) | Case No. 3:18cr95 SRU |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Yehudi Manzano

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 2251(a) Production of Child Pornography
18 USC 2252A(a)(1) Transportation of Child Pornography

Date: 05/04/2018       By: /s/ Deputy Clerk

True Copy ATTEST:
ROBIN D. TABORA
Clerk, U.S. District Court

*Issuing officer's signature*

City and state: New Haven, CT

Nick Fanelle / Case Administrator
*Printed name and title*

FILED 2018 MAY 16 P 1:47 U.S. DISTRICT COURT NEW HAVEN, CT

### Return

This warrant was received on *(date)* 5.11.2018, and the person was arrested on *(date)* 5.14.2018
at *(city and state)* Bridgeport, CT

Date: 5/14/2018

*Arresting officer's signature*

Amy Noto, Special Agent
*Printed name and title*