# UNITED STATES DISTRICT COURT
for the
District of Connecticut



FILED

2018 MAY 17  P 1:43

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| **United States of America** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. **3:18-CR-00095-SRU-1** |
| **Yehudi Manzano** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Yehudi Manzano**

Date:   05/15/2018

*Attorney's signature*

**Norman A. Pattis 408681**

*Printed name and bar number*

**383 Orange Street, First Floor**
**New Haven, CT 06511**

*Address*

**npattis@patisandsmith.com**

*E-mail address*

**(203) 393-3017**

*Telephone number*

**(203) 393-9745**

*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **05/14/2018**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_Attorney's signature_