UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:18-cr-095 (SRU) |
| | : | |
| v. | : | |
| | : | |
| YEHUDI MANZANO | : | October 22, 2018 |

**GOVERNMENT'S PROPOSED VERDICT FORM**

We, the jury, unanimously find:

**I.    COUNT ONE**

With respect to COUNT ONE, charging Yehudi Manzano with production of child pornography, we the jury unanimously find Mr. Manzano:

_____ Guilty          _____ Not Guilty

**II.   COUNT TWO**

With respect to COUNT TWO, charging Yehudi Manzano with transportation of child pornography, we the jury unanimously find Mr. Manzano:

_____ Guilty          _____ Not Guilty

*Please sign and date this verdict form.*

_____          _____
Foreperson                                                    Date

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2018, a copy of the foregoing Government's Proposed Verdict Form was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Neeraj N. Patel*
      Neeraj N. Patel
      Assistant United States Attorney