Crim-Mot hrg (Dec-2008)

HONORABLE: Stefan R. Underhill

DEPUTY CLERK R. Jaiman          RPTR/ECRO/TAPE S. Masse

TOTAL TIME: 1 hours 09 minutes     USPO _____ INTERPRETER _____

DATE: 10/29/2018    START TIME: 10:54     END TIME: 11:51

LUNCH RECESS    FROM: _____ TO: _____

RECESS (if more than ½ hr)    FROM: _____ TO: _____

CRIMINAL NO. 3:18cr95 _____ Deft # 1 _____     3:53 - 4:05

UNITED STATES OF AMERICA          Neeraj Patel and Sarah P. Karwan

                                              AUSA

vs

Yehudi Manzano                   Norman A. Pattis

                                 Defendant's Counsel ☐ CJA ☒ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | | |
|---|---|---|---|---|
| ☒.....# 30 | Deft Manzano | Motion Disclosure | ☐ granted ☒ denied ☐ advisement |
| ☒.....# 48 | Deft Manzano | Motion for leave | ☐ granted ☒ denied ☐ advisement |
| ☐.....# ___ | Deft | Motion | ☐ granted ☐ denied ☐ advisement |
| ☐.....# ___ | Deft | Motion | ☐ granted ☐ denied ☐ advisement |
| ☐.....# ___ | Deft | Motion | ☐ granted ☐ denied ☐ advisement |
| ☐.....# ___ | Deft | Motion | ☐ granted ☐ denied ☐ advisement |
| ☐.....# ___ | Deft | Motion | ☐ granted ☐ denied ☐ advisement |
| ☐.....# ___ | Deft | Motion | ☐ granted ☐ denied ☐ advisement |
| ☐.....# ___ | Deft | Motion | ☐ granted ☐ denied ☐ advisement |
| ☒.....# 52 | Govt's motion for stay of jury trial | | ☒ granted ☐ denied ☐ advisement |
| ☒.....# 45 | Govt's motion in Limine (Omnibus) | | ☒ granted ☒ denied ☐ advisement |
| ☐.....# ___ | Govt's motion | | ☐ granted ☐ denied ☐ advisement |
| ☐.....# ___ | Govt's motion | | ☐ granted ☐ denied ☐ advisement |
| ☒.....# 55 | Deft Manzano | oral motion to dismiss the indictment | ☐ granted ☒ denied ☐ advisement |
| ☐.....# ___ | Deft | oral motion | ☐ granted ☐ denied ☐ advisement |
| ☐.....# ___ | Deft | oral motion | ☐ granted ☐ denied ☐ advisement |
| ☐.....# ___ | Govt's oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐.....# ___ | Govt's oral motion | | ☐ granted ☐ denied ☐ advisement |

☐............... Brief(s) due _____ Response(s) due _____ Replies due _____

☐............... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ PR

☐............... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified

☐............... Defendant REMANDED to custody

☐............... Competency Hearing ☐ held ☐ continued until _____ at _____

☐............... _____ hearing continued until _____ at _____

☐............... Court finds defendant _____ ☐ competent ☐ incompetent

☐............... Court orders defendant _____ to undergo psychiatric evaluation

☐............... Motion Hearing continued until _____ at _____

☒............... SEE PAGE II for additional entries

## DOCUMENTS FILED IN OPEN COURT

☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed

## MISCELLANEOUS PROCEEDINGS

The Court has instructed the Clerk to excuse the jurors selected for this trial.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____