UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES | : | 2:17-CR-00034-JMA |
| | : | |
| v. | : | |
| | : | |
| YEHUDI MANZANO | : | April 10, 2019 |

MOTION FOR PERMISSION TO TRAVEL OUT OF STATE

    The defendant, Yehudi Manzano, through his undersigned attorney, hereby requests permission to travel to New York to serve as a best man for a wedding held at Dia y Noche, 640 Mclean Ave, Yonkers New York, 10705. Mr. Manzano anticipates that he will leave to New York on Friday May 31, 2019, and will return on Connecticut Saturday, June 1, 2019.

BY: /s/ NORMAN A. PATTIS /s/
PATTIS & SMITH, LLC
Fed. Bar. No. ct13120
383 Orange Street
First Floor
New Haven, CT 06511
T: 203-393-3017
F: 203-393-9745
Npattis@pattisandsmith.com

**CERTIFICATION**

      This is to certify that on April 10, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

      /s/ NORMAN A PATTIS /s/