UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES | : | 3:18-CR-00095-SRU |
|---|---|---|
| v. | : | |
| YEHUDI MANZANO | : | August 14, 2019 |

## REVISED MOTION FOR PERMISSION TO TRAVEL OUT OF STATE

The defendant, Yehudi Manzano, through his undersigned attorney, hereby requests permission to travel to Maine for a family weekend getaway to celebrate his youngest son's 9th birthday from Friday August 16 to Monday August 19, 2019. He will be traveling to Waves Oceanfront Resort at 87 West Grand Avenue, Old Orchard Beach, Maine 04064. Included is a statement of account showing a previous balance of $0.00.

BY: /s/ NORMAN A. PATTIS /s/
PATTIS & SMITH, LLC
Fed. Bar. No. ct13120
383 Orange Street
First Floor
New Haven, CT 06511
T: 203-393-3017
F: 203-393-9745
Npattis@pattisandsmith.com

# Exhibit A



# Statement of Account

6265 Gunbarrel Ave., Suite B, Boulder, CO  80301
(877) 666-4349

Invoice Date:     07/31/2019
Invoice #:        INV01468292
Payment Terms:    Due Upon Receipt
Account Number:   1970201-1248731
Invoice Type:     Self Pay

Yehudi Manzano
15 Goodwin Court
Thomaston, Connecticut 06787

Change of Address? _____

Amount Paid: _____

Please DETACH the portion above and return it with your payment in the enclosed envelope.

Payments made on this account are deducted from the Previous Balance and are not listed individually.

| Current Month Activity | | | | | |
|---|---|---|---|---|---|
| Subscription ID | Program Charges | Service Period | Days | Rate | TOTAL |
| Manzano-US Pt-CT-New Haven-SP.7122 | LOC8 Daily rate - Option B | 07/01/2019 - 07/31/2019 | 31 | $3.95 | $122.45 |

**INVOICE TOTALS**

| | | |
|---|---|---|
| BI Does NOT Accept Personal Checks. Please make Cashier's Check or Money Order Payable to BI Inc. Please write your account number on your payment to ensure it is applied correctly. | **Previous Balance** | $0.00 |
| **NEW Online Credit Card Process** | **Invoice Total:** | $122.45 |
| To pay your bill by credit card, please go to  **ClientPay.BI.com** Visa, Mastercard and Discover accepted. This invoice is required for the initial online set up. | **Balance Due:** | $0.00 |

**CERTIFICATION**

      This is to certify that on August 14, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

                                                          /s/ NORMAN A PATTIS /s/