LOCAL PTS
Violation Report
(06/18)

**DATE**
05/12/2021

U.S. PROBATION & PRETRIAL  SERVICES
DISTRICT OF CONNECTICUT

**NAME**

Yehudi Manzano

**DOCKET NUMBER:**
0205 3:18CR00095-001

**U.S. DISTRICT/MAGISTRATE JUDGE**

The Honorable Stefan R. Underhill, U.S. District Judge

**Notification of Non-Compliance**

**ASSISTANT U.S ATTORNEY**

Neeraj Patel

**DEFENSE ATTORNEY**

Norman A. Pattis

**RELEASE DATE:** May 14, 2018

**NEXT COURT DATE:** December 6, 2021

**CURRENT STATUS:** Pretrial Release

**CHARGED OFFENSE(S)**

Production of Child Pornography, in violation of 18 U.S.C. 2251(a) and Transportation of Child Pornography, in violation of 18 U.S.C 2252A(a)(1)

*(Displaying Most Severe)*

**CONDITIONS**

Submit to supervision by and report for supervision to the probation - as probation directs.

telephone number _____ no later than _____

☑ continue or actively seek employment.

☑  surrender any passport to:  to clerk of court, counsel or probation. _____

☑ not obtain a passport or other international travel document.

☑ abide by the following restrictions on personal association, residence, or travel:

restricted to CT except to NY for work (keep probation informed) _____

☑ avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including:

_____

☑ get medical or psychiatric treatment:

if directed by probation _____

☑ not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

☑ not possess a firearm, destructive device, or other weapon

☑ participate in one of the following location restriction programs and comply with its requirements as directed.

   ☑ Curfew. You are restricted to your residence every day _____ from _____ to _____, or

   XX_____ as directed by the pretrial services office or supervising officer; or

LOCAL PTS
Violation Report
(06/18)

☐ Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

☐ Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

☑ submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

☑ You must pay all or part of the cost of the program based on your ability to pas as determined by the pretrial services officer or supervising officer.

☑ report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

**CONDITIONS VIOLATED**

Comply with the location monitoring program as directed by the pretrial services office or supervising officer and comply with all the program requirements and instructions provided.

**NATURE OF NON-COMPLIANCE/PROBATION OFFICER'S RESPONSE**

On June 20, 2021, Mr. Manzano generated eight (8) leave alerts between 12:05 A.M. and 1:15 A.M. where he was out of his approved range. The longest length of leave generated was nine (9) minutes and show GPS coordinates across from the front of his home. Upon contacting him, he reported that he did not leave his home.

**ADJUSTMENT TO PRETRIAL SERVICES SUPERVISION** *(Summary of compliance, results of criminal record check)*

Mr. Manzano resides with his mother and brother at their home in Waterbury.  He is engaged in individual counseling with Midwestern Connecticut Council on Alcoholism (MCCA). He responds to the inquiries of the probation office when necessary.

I declare the foregoing is true and correct.

by _____

Kimberlee S. Gorton
Senior U.S. Probation Officer

Date:  June 22, 2021 _____

LOCAL PTS
Violation Report
(06/18)

**Judicial Officer's Response:**

☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Concur with action(s) taken by the U.S. Probation Officer
☒ Other

The Probation Officer should remind Mr. Manzano of the importance of compliance with location monitoring.
Please keep the court informed of any additional issues.

_____
Signature of Judicial Officer

June 23, 2021
_____
Date

Submit by Email     Print Form     Save As