UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES | : 3:18-CR-00095-SRU |
| | : |
| v. | : |
| | : |
| YEHUDI MANZANO | : July 27, 2021 |

<u>MOTION FOR PERMISSION TO TRAVEL OUT OF STATE</u>

    The defendant, Yehudi Manzano, through his undersigned attorney, hereby requests permission to travel to 21 Wrightstown-Cookstown Road, Cookstown (New Jersey), NJ 08511 from Friday, July 30 2021 to Sunday, August 1 2021 for his son's birthday.

BY: <u>/s/ NORMAN A. PATTIS /s/</u>
PATTIS & SMITH, LLC
Fed. Bar. No. ct13120
383 Orange Street
First Floor
New Haven, CT 06511
T: 203-393-3017
F: 203-393-9745
Npattis@pattisandsmith.com

<u>**CERTIFICATION**</u>

    This is to certify that on July 27, 2021 a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

/s/ NORMAN A PATTIS /s/