UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | 3:18-CR-00095-SRU |
| | : | |
| v. | : | |
| | : | |
| YEHUDI MANZANO | : | OCTOBER 25, 2021 |

### MOTION FOR PERMISSION TO TRAVEL OUT OF STATE

The defendant, Yehudi Manzano, through his undersigned attorney, hereby requests permission to travel to Puerto Rico from March 6, 2022 to March 20, 2022 with family members. He will be staying at the home of Isabel Jusino at HC4 Box 46931 Mayaguez, PR 00380, from March 6, 2022 through March 13, 2022 and then travel to the Holiday Inn Mayaguez & Tropical Casino 2701 Highway #2, km 149.9 Mayaguez, PR 006680, US.

BY: /s/ NORMAN A. PATTIS /s/
PATTIS & SMITH, LLC
Fed. Bar. No. ct13120
383 Orange Street
First Floor
New Haven, CT 06511
T: 203-393-3017
F: 203-393-9745
Npattis@pattisandsmith.com

### **CERTIFICATION**

This is to certify that on October 25, 2021 a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

/s/ NORMAN A PATTIS /s/