UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>YEHUDI MANZANO | No. 3:18-cr-95 (SRU) |

### CONFERENCE MEMORANDUM AND ORDER

On November 19, 2021, I held a telephone conference on the record with Assistant United States Attorney Neeraj Patel; and Norm Pattis, attorney for Yehudi Manzano. The purpose of the call was to discuss the exclusion of time under the Speedy Trial Act given that the jury selection and trial had to be rescheduled from December 6, 2021 to March 4, 2022.

At the start of the call, Attorney Pattis indicated that Mr. Manzano was planning to execute a Speedy Trial waiver to exclude time until the date of jury selection (currently set for March 4, 2022) from the Speedy Trial clock. I indicated that I would review that motion when it was filed. I next asked Attorney Patel whether the government had any objection to Mr. Manzano's pending motion to travel from March 6—March 20 of 2022. The government confirmed that there was no objection, and I indicated that I would therefore grant the motion.

Finally, I asked the parties to review the materials previously submitted in advance of trial and determine whether the proposed witness or exhibit lists needed to be supplemented. I indicated that any updated witness lists or exhibits should be filed by **February 4, 2022**. I also asked the parties to look over the jury questionnaire previously agreed upon to determine whether that could be used again, and to submit any proposed changes to that document to Chambers within a month, or by **December 21, 2022.**

So ordered.

Dated at Bridgeport, Connecticut, this 23rd day of November 2021.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge