STATE OF CONNECTICUT
JUDICIAL BRANCH

DKT #
**3:18-CR-00095-SRU-1**
**3:18-CR-00095-SRU**

|  |  |  |
|---|---|---|
|  | : | JUDICIAL DISTRICT OF WATERBURY |
|  | : |  |
| STATE OF CONNECTICUT | : | AT WATERBURY |
| v. | : |  |
|  | : |  |
| YEHUDI MANZANO | : | OCTOBER 27, 2022 |

## MOTION FOR PERMISSION TO STAY WITH WIFE IN LABOR

The defendant, Yehudi Manzano, through his undersigned attorney, hereby requests permission to stay with his wife, Sugeiri Nunez at Danbury Hospital, located at 24 Hospital Ave, Danbury CT 06810. She is in labor now at the time of this motion and he would like to stay with her overnight to ensure he does not miss the birth of his third child. The expected due date is today, and of course, they are unsure as to whether that could occur overnight or during the day.

Wherefore, the undersigned respectfully requests the court allow Mr. Manzano to stay with his wife overnight at Danbury Hospital to witness the birth of his third child.

BY: /s/ NORMAN A. PATTIS /s/
PATTIS & SMITH, LLC
423934
383 Orange Street
First Floor
New Haven, CT 06511
T: 203-393-3017
F: 203-393-9745
Npattis@pattisandsmith.com

**ORDER**

The foregoing Motion having been heard it is HEREBY:   GRANTED   /   DENIED

_____, J

## **CERTIFICATION**

    This is to certify that on October 27th, 2022, a copy of the foregoing was faxed to Office of the Criminal Clerk's office 203-236-8090; Criminal Case Flow 203-236-8056; and Office the State's Attorney 203-236-8155

                                /s/ NORMAN A PATTIS /s/